UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  
DIANNA TRASK

CASE NO: 8:07-bk-05637  
CHAPTER 13

Debtor (s)_____/

## MOTION TO PAY GTE FEDERAL CREDIT UNION OUTSIDE OF DEBTORS' CHAPTER 13 PLAN

The Debtor, Dianna Trask, by and through the undersigned attorney, moves this Honorable Court to allow payment outside of the Chapter 13 Plan to the above named Creditor and as reasons therefore states:

1. **GTE Federal Credit Union** is a secured creditor in the Debtor's bankruptcy.

2. The Debtor is current on all payments to **GTE Federal Credit Union.**

3. The Debtors' Trustee payment is significantly higher when paying her vehicle through the plan than it would be if the debtor paid her vehicle outside the plan due to the Trustee fee required on payments to be made through the Chapter 13 Plan.

4. Allowing the Debtors to continue this payment arrangement to **GTE Federal Credit Union,** would be in the best interest of the Bankruptcy Estate and all Creditors.

WHEREFORE, Debtors respectfully request this Honorable Court grant this Motion for the above stated reasons.

Jay M. Weller, Esq.
FL. Bar No.: 0985856
Weller Legal Group, Inc.

## Declaration

I, Dianna Trask, declare under penalty of perjury that I am current on my payments to GTE Federal Credit Union, I will remain current, and I have set up a monthly automatic withdraw from my checking account for my payments to GTE Federal Credit Union, and I am aware of the fact that by paying GTE Federal Credit Union outside of my Chapter 13 Plan that there will be no automatic stay in regards to my loan with GTE Federal Credit Union.

Signature: _____   Date: 12-7-07
Dianna Trask

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing Motion to Pay **GTE Federal Credit Union** Outside of Debtors' Chapter 13 Plan has been furnished electronically, and when appropriate, by regular United States Mail to: U.S. Trustee's Office, 801 N. Florida Ave., Tampa, FL 33602; **GTE Federal CU**, 711 S. Dale Mabry Highway, Tampa, FL 33609; to Terry E. Smith, **Chapter 13 Trustee**, PO Box 6099, Sun City Center, FL 33571 to **Dianna Trask**, 6714 Mirror Lake Ave, Tampa, FL 33634; to Brad Hissing, Attorney for GTE Federal Credit Union, PO Box 800, Tampa, FL 33601 **AND SENT CERTIFIED RETURN RECIEPT** to Wendell Sebastion, President of **GTE Federal CU**, P.O. Box 172599, Tampa, FL 33622; on this 13th day of December 2007.

Jay M. Weller, Esq.
FL. Bar No.: 0985856
18820 US Highway 19 N
Bldg 2, Suite 200
Clearwater, Florida 33764
(727) 539-7701 Phone
(727) 524-3850 Fax